IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS D. BOGUSKI | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | : | NO. 16-6426 |

## ORDER

AND NOW, this 2nd day of January, 2019, upon careful and independent consideration, the record reveals that the record as a whole contains substantial evidence to support the ALJ's findings of fact and conclusions of law. Therefore, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. To the extent Plaintiff seeks review of the decision relating to his claim for SSI, the Commissioner's decision was not final, the court lacks jurisdiction to consider that portion of the ALJ's decision, and that portion of the Complaint is DISMISSED.

3. JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY with respect to the denial of DIB, and the relief sought by Plaintiff is DENIED; and

4. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.